**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN EDWIN CHRISTENSEN,<br><br>                Petitioner,<br><br>   vs.<br><br>G.D. LEWIS, WARDEN,<br><br>                Respondent. | CASE NO. ED CV 12-00576 DMG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: December 28, 2012

*[signature: Dolly M. Gee]*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE