UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN EDWIN CHRISTENSEN,<br><br>                Petitioner,<br><br>   vs.<br><br>G.D. LEWIS, WARDEN,<br><br>                Respondent. | CASE NO. ED CV 12-00576 DMG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of DUSTIN EDWIN CHRISTENSEN writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 28, 2012

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE